IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZACHARY MICHEAL ALLEN ASHER                                    PLAINTIFF

V.                              Case No. 4:25-CV-00619-KGB-BBM

SALINE COUNTY JAIL; RODNEY
WRIGHT, Sheriff, Saline County; and
KNIGHT, Sergeant, Badge #2927,
Saline County Jail                                             DEFENDANTS

## **ORDER**

On September 18, 2025, the undersigned recommended that this case be dismissed because Plaintiff Zachary Micheal Allen Asher failed to pay the filing fee or submit an Application to Proceed *In Forma Pauperis* ("IFP Motion") as ordered. (Doc. 6). On September 19, 2025, Asher submitted the requested IFP Motion. (Doc. 7). Thus, the recommendation will be withdrawn.

Asher represents that jail officials refuse to complete the IFP Motion's Certificate and Calculation Sheet. (Doc. 7). Asher does, however, attach a printout of his institutional account, *id.* at 5–7, which contains enough information for the Court to calculate the initial filing fee. *See* 28 U.S.C. § 1915(b). Accordingly, Asher's IFP Motion will be granted, and an initial partial filing fee will be collected.

Plaintiff's Complaint, (Doc. 2), must be screened before this case may proceed.[1] The Court will issue a screening order in due course.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints prior to service and to dismiss any claims that (a) are legally frivolous or malicious; (b) fail to state a claim upon

IT IS THEREFORE ORDERED THAT:

1.      The Recommended Disposition, (Doc. 6), is WITHDRAWN.

2.      Plaintiff's second IFP Motion, (Doc. 7), is GRANTED.

3.      Plaintiff's custodian is directed to collect an initial partial filing fee of **$30.56** from Plaintiff's institutional account and send it to the Clerk. Thereafter, the custodian must collect monthly payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account; provided that, at the time those payments are collected, the account has a balance that exceeds $10.00. The custodian must send those payments to the Clerk until a total of $350 has been paid.

4.      The Clerk is directed to send a copy of this Order to the Jail Administrator of the Hamilton County Jail, 18102 Cumberland Road, Noblesville, Indiana 46060.

SO ORDERED this 22nd day of September, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(a) & (b).